NOWLAND *et al. v.* VAUGHN *et al.*

WRIT OF ERROR to the District Court of the Fifth Judicial District, county of Amador.

*Samuel J. R. Handy* for Plantiffs.

*Smith & Hardy* for Defendants.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., concurring.

˙ Writ of error dismissed, on the authority of Haight v. Guy, decided at the October Term, 1857.     .